Bryan P. Whitaker
Attorney at Law
815 W. 7th Ave., Suite 303
Spokane, WA  99204
(509) 315-9947

Attorney for Craig A. Morgenstern

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CRAIG ALLEN MORGENSTERN,<br><br>Defendant. | Case No.: CR-14-161-WFN<br><br>REPLY RE: DEFENDANT'S MOTION TO SUPPRESS PHYSICAL EVIDENCE |

Dr. Morgenstern was detained by deputies outside his home. While not handcuffed, there was no place for him to go, even if not detained. Telling someone they will stand outside their own home until law enforcement is "permitted" to enter is an inherently coercive environment, guns drawn or not.

A search warrant supported by the statements of the alleged victim would have limited the scope of a search to medicine found. Without the illegal search most of what was taken would have been outside the scope of the warrant. The inevitable discovery rule does not apply in this case.

Respectfully submitted this 25th day of October, 2015

S/ Bryan P. Whitaker
Bryan P. Whitaker
Attorney for Craig
Morgenstern

Reply re: Motion to Suppress - 1

# CERTIFICATE OF SERVICE

I, Bryan P. Whitaker, certify that a true and correct copy of the foregoing –

REPLY RE: MOTION TO SUPPRESS

- was sent via CM/ECF and/or mailed postage prepaid with the United States Postal Service to the following parties:

Assistant United States Attorney

Stephanie Lister – USAWAE.SListerECF@usdoj.gov

James Goeke – USAWAE.JGoekeECF@usdoj.gov

Dated this 25th day of October, 2015

S/ Bryan P. Whitaker<br>
Bryan P. Whitaker<br>
815 W. 7th Ave, Suite 303<br>
Spokane, WA 99204<br>
(509) 315-9947