MICHAEL C. ORMSBY
United States Attorney
Eastern District of Washington
Stephanie J. Lister
Assistant United States Attorney
James A. Goeke
United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CRAIG ALLEN MORGENSTERN,<br><br>Defendant. | Case No. 2:14-CR-161-WFN<br><br>United States' Proposed Witness List |

Plaintiff, United States of America, by and through Michael C. Ormsby, United States Attorney for the Eastern District of Washington, and Stephanie J. Lister and James A. Goeke, Assistant United States Attorneys for the Eastern District of Washington, provides the following list of prospective witnesses. This list is being provided to aid the Court in its preparation for trial, including its participation in voir dire and preliminary remarks to the jury. The Defendant has previously been provided with the government's discovery. It is possible, based upon the defense that is asserted through opening statement and cross-examination, that the government may seek to present additional testimony through witnesses who are disclosed in discovery

United States' Proposed Witness List - 1

but who have not been included on this list. This list does not contain the names of prospective witnesses whose role is limited to the custody or identification of an exhibit or record. This list does not contain the names of witnesses who are not currently known to the government but who are identified through additional investigation. This list does not contain the names of rebuttal witnesses or witnesses whose testimony may become material as a result of disclosures made by the Defendant or new issues raised by the Defendant.

1. Nurse Michelle Baxter, Holy Family Hospital, Spokane, WA
2. Deputy Mike Berry, Stevens County Sheriff's Office, Colville, WA
3. Forensic Accountant Jennifer Boswell, FBI, Spokane, WA
4. Cynthia Cochrane, Nine Mile Falls, WA
5. Thomas Cochrane, Nine Mile Falls, WA
6. Michael Crowe, Spokane, WA
7. Sgt. Loren Erdman, Stevens County Sheriff's Office, Colville, WA
8. Dr. Todd Ewert, Holy Family Hospital. Spokane, WA
9. Detective Dwayne E. Ford, Stevens County Sheriff's Office, Colville, WA
10. Tina Fossum, Spokane, WA
11. Allen Frantz, Spokane County Jail, Spokane, WA
12. Deputy Travis Frizzell, Stevens County Sheriff's Office, Colville, WA
13. Sgt. Mike Gilmore, Stevens County Sheriff's Office, Colville, WA
14. Officer Jon Hall, Spokane Police Department, Spokane, WA
15. Laboratory Technician Barbara Hickson, Holy Family Hospital, Spokane, WA
16. Forensic Scientist Justin L. Knoy, Washington State Patrol Toxicology Laboratory, Olympia, WA
17. Sgt. Ken Lallatin, Kootenai County Sheriff's Department,

United States' Proposed Witness List - 2

|   |     |                                                                                              |
|---|-----|----------------------------------------------------------------------------------------------|
|   |     | Coeur d'Alene, ID                                                                            |
|   | 18. | Sgt. Brad Manke, Stevens County Sheriff's Office, Colville, WA                               |
|   | 19. | Brenda Stevenson-Marshall, Gonzaga University, Spokane, WA                                   |
|   | 20. | Forensic Examiner Joel Martini, FBI, Seattle, WA                                             |
|   | 21. | Special Agent Leland McEuen, FBI, Spokane, WA                                                |
|   | 22. | Dr. Kimberly Morris, Veteran Administration Hospital, Spokane, WA                            |
|   | 23. | Katherine Nauroth, Spokane, WA                                                               |
|   | 24. | Amy Nigg, 911 Dispatcher, Stevens County Sheriff's Office, Colville, WA                      |
|   | 25. | Administrative Deputy Ben Paramoure, Stevens County Sheriff's Office, Colville, WA           |
|   | 26. | Dr. Neva Crogan-Pomilla, Spokane, WA                                                         |
|   | 27. | Thomas Pomilla, Spokane, WA                                                                  |
|   | 28. | Dr. Thomas Satterfield M.D., Spokane, WA                                                     |
|   | 29. | Richard Reed Scheets, Holiday Inn, Coeur d'Alene, ID                                         |
|   | 30. | Digital Forensic Specialist John Schlosser, Spokane County Sheriff's Office, Spokane, WA     |
|   | 31. | Forensic Scientist Ethan Smith, Washington State Patrol Crime Laboratory, Cheney, WA         |
|   | 32. | Detective Brian Tafoya, Spokane Police Department, Spokane, WA                               |
|   | 33. | Chief Civil Deputy Colin Webb, Stevens County Sheriff's Office, Colville, WA                 |
|   | 34. | Forensic Scientist Jayne Wilhelm, Washington State Patrol Crime Laboratory, Cheney, WA       |
|   | 35. | Person A                                                                                     |
|   | 36. | Father of Persons B, C, and E                                                                |
|   | 37. | Mother of Person D                                                                           |
|   | 38. | Person D                                                                                     |

39.   Person F

Dated: February 16, 2016.

    MICHAEL C. ORSMBY
United States Attorney
s/*Stephanie J. Lister*

Stephanie J. Lister
Assistant United States Attorney

s/*James A. Goeke*

James A. Goeke
Assistant United States Attorney

United States' Proposed Witness List - 4

## CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing and/or mailed via U.S. Postal Service to the following:

Bryan P. Whitaker
whitakerattorney@hotmail.com

*s/Stephanie J. Lister*

Stephanie J. Lister
Assistant United States Attorney

s/*James A. Goeke*

James A. Goeke

Assistant United States Attorney

United States' Proposed Witness List - 5