MICHAEL C. ORMSBY
United States Attorney
Eastern District of Washington
Stephanie J. Lister
Assistant United States Attorney
James A. Goeke
United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone:  (509) 353-2767

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

                    Plaintiff,

        vs.

CRAIG ALLEN MORGENSTERN,

               Defendant.

Case No. 2:14-CR-161-WFN

United States' Amended Proposed Witness List

      Plaintiff, United States of America, by and through Michael C. Ormsby, United

States Attorney for the Eastern District of Washington, and Stephanie J. Lister and

James A. Goeke, Assistant United States Attorneys for the Eastern District of

Washington, provides the following list of prospective witnesses.  This list is being

provided to aid the Court in its preparation for trial, including its participation in voir

dire and preliminary remarks to the jury.  The Defendant has previously been provided

with the government's discovery.  It is possible, based upon the defense that is

asserted through opening statement and cross-examination,  that the government may

seek to present additional testimony through witnesses who are disclosed in discovery

but who have not been included on this list.  This list does not contain the names of

prospective witnesses whose role is limited to the custody or identification of an

exhibit or record.  This list does not contain the names of witnesses who are not

currently known to the government but who are identified through additional

investigation.  This list does not contain the names of rebuttal witnesses or witnesses

whose testimony may become material as a result of disclosures made by the

Defendant or new issues raised by the Defendant.

1.    Nurse Michelle Baxter, Holy Family Hospital,  Spokane, WA

2.    Deputy Mike Berry, Stevens County Sheriff's Office, Colville, WA

3.    Forensic Accountant  Jennifer Boswell, FBI, Spokane, WA

4.    Cynthia Cochrane, Nine Mile Falls, WA

5.    Thomas Cochrane, Nine Mile Falls, WA

6.    Michael Crowe, Spokane, WA

7.    Sgt. Loren Erdman, Stevens County Sheriff's Office, Colville, WA

8.    Dr. Todd Ewert, Holy Family Hospital. Spokane, WA

9.    Detective Dwayne E. Ford, Stevens County Sheriff's Office, Colville, WA

10.    Tina Fossum, Spokane, WA

11.    Allen Frantz, Spokane County Jail, Spokane, WA

12.    Deputy Travis Frizzell, Stevens County Sheriff's Office, Colville, WA

13.    Sgt. Mike Gilmore, Stevens County Sheriff's Office, Colville, WA

14.    Officer Jon Hall, Spokane Police Department, Spokane, WA

15.    Laura Hendrickson, Veterans Administration Hospital, Spokane, WA

16.    Laboratory Technician Barbara Hickson, Holy Family Hospital, Spokane, WA

17.    Forensic Scientist Justin L. Knoy, Washington State Patrol Toxicology Laboratory, Olympia, WA

18.  Sgt. Ken Lallatin, Kootenai County Sheriff's Department, Coeur d'Alene, ID

19.  Sgt. Brad Manke, Stevens County Sheriff's Office, Colville, WA

20.  Brenda Stevenson-Marshall, Gonzaga University, Spokane, WA

21.  Forensic Examiner Joel Martini, FBI, Seattle, WA

22.  Special Agent Leland McEuen, FBI, Spokane, WA

23.  Dr. Kimberly Morris, Veteran Administration Hospital, Spokane, WA

24.  Katherine Nauroth, Spokane, WA

25.  Amy Nigg, 911 Dispatcher, Stevens County Sheriff's Office, Colville, WA

26.  Administrative Deputy Ben Paramoure, Stevens County Sheriff's Office, Colville, WA

27.  Dr. Neva Crogan-Pomilla, Spokane, WA

28.  Thomas Pomilla, Spokane, WA

29.  Dr. Thomas Satterfield M.D., Spokane, WA

30.  Richard Reed Scheets, Holiday Inn, Coeur d'Alene, ID

31.  Digital Forensic Specialist John Schlosser, Spokane County Sheriff's Office, Spokane, WA

32.  Forensic Scientist Ethan Smith, Washington State Patrol Crime Laboratory, Cheney, WA

33.  Detective Brian Tafoya, Spokane Police Department, Spokane, WA

34.  Chief Civil Deputy Colin Webb, Stevens County Sheriff's Office, Colville, WA

35.  Forensic Scientist Jayne Wilhelm, Washington State Patrol Crime Laboratory, Cheney, WA

36.  Person A

37.  Father of Persons B, C, and E

38.  Mother of Person D

39.  Person D

40.    Person F

Dated: February 16, 2016.

MICHAEL C. ORSMBY
United States Attorney
s/*Stephanie J. Lister*

Stephanie J. Lister
Assistant United States Attorney

s/*James A. Goeke*

James A. Goeke
Assistant United States Attorney

1
2

**CERTIFICATE OF SERVICE**

3       I hereby certify that on February 16, 2016, I electronically filed the foregoing

4  with the Clerk of the Court using the CM/ECF system which will send notification of

5  such filing and/or mailed via U.S. Postal Service to the following:

6       Bryan P. Whitaker
7        whitakerattorney@hotmail.com

                                              s/Stephanie J. Lister
8
9                                             Stephanie J. Lister
                                              Assistant United States Attorney
10
                                              s/James A. Goeke
11
12                                            James A. Goeke

13                                            Assistant United States Attorney

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28