MICHAEL C. ORMSBY
United States Attorney
Eastern District of Washington
Stephanie J. Lister
James A. Goeke
Assistant United States Attorneys
Post Office Box 1494
Spokane, WA 99210-1494
Telephone:  (509) 353-2767

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

                              Plaintiff,

                    vs.

CRAIG ALLEN MORGENSTERN,

                              Defendant.

2:14-CR-161-WFN

**UNITED STATES' SECOND SUPPLEMENTAL NOTICE OF EXPERT WITNESSES AND RULE 16 SUMMARIES**

COMES NOW, Plaintiff, United States of America, by and through Michael C. Ormsby, United States Attorney for the Eastern District of Washington and Stephanie J. Lister and James A. Goeke, Assistant United States Attorneys for the Eastern District of Washington, and respectfully submits the following Second Supplemental Notice of Expert Witnesses and Rule 16 Summaries ("Second Supplemental Notice") to the previously provided Notice of Expert Witnesses and Rule 16 Summaries ("Notice") filed at ECF No.76 and Supplemental Notice of Expert Witnesses and Rule 16 Summaries ("Supplemental Notice") filed at ECF No. 93.[1]

---

[1]  The Notice and Supplemental Notice were prepared by the assigned Assistant United States Attorneys.  Therefore, the Notice and Supplemental Notice do not

## I.    <u>Supplemental Notice Generally</u>

The following Second Supplemental Notice is meant to supplement the Notice and Supplemental Notice previously provide defense counsel pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G) relating to individuals who may be called as lay and expert witnesses at trial and the prior Notice is incorporated herein by reference.

## II.    <u>Forensic Scientist Regarding Drug Identification</u>

The United States recently submitted drug evidence collected in relation to: 1) a duffel bag left by the Defendant at a Spokane, Washington residence in October 2014; and, 2) drug evidence found in another duffel bag within a vehicle owned by the Defendant for evaluation at the Washington State Patrol ("WSP") Crime Laboratory. The drug evidence appears at United States' Trial Exhibit 122 and Exhibit 182. Exhibit 122 was seized from the Spokane residence and Exhibit 182 was seized from the Defendant's vehicle (a Chevrolet Tahoe). This evidence has been available for inspection and is also identified by Stevens County evidence reference numbers Item 1B113 (drugs from Spokane residence) and Item 1B137 (drugs from the Defendant's vehicle). A WSP Crime Laboratory Report ("WSP Report") dated February 16, 2016 reflecting the forensic examination of this drug evidence by Forensic Scientist Jayne Wilhelm has been provided in discovery. A copy of Forensic Scientist Wilhelm's CV has also been provided in discovery.

As set forth in the WSP Report, the United States expects Forensic Scientist Wilhelm to testify to the identification of various prescription pills noted in the Results and Conclusions section the WSP Crime Laboratory Report from Trial Exhibits 122 and 182. The United States further expects that Forensic Scientist

contain any adopted statements of the expert witnesses and any questions from counsel should be derived only from reports authored by the proposed experts. The United States remains available to further discuss with defense counsel any matters related to the expected testimony referenced in this notice.

UNITED STATES' SECOND SUPPLEMENTAL NOTICE OF EXPERT WITNESSES AND RULE 16 SUMMARIES - 2

Wilhelm will testify regarding her methods and observations as set forth in the Methods and Observations section of the WSP Crime Laboratory Report. In particular, the United States expects that Forensic Scientist Wilhelm will testify that she processed the evidence to separate out non-drug materials in the pills (such as fillers and sugars) and then utilized Infrared Spectroscopy, Gas Chromatography – Mass Spectrometry and Pharmaceutical Identification reference materials to reach the results set forth in the WSP Crime Laboratory Report. In particular, the United States expects that Forensic Scientist Wilhelm will testify that the following items set forth in the WSP report contained Benzodiazepines:

- Item 1B113-2-7 (temazepam);
- Item 1B113-2-10 (lorazepam);
- Item 1B113-2-11 (clonazepam);
- Item 1B113-2-12 (alprazolam; based on logo identification only);
- Item 1B113-2-13 (alprazolam);
- Item 1B137-1 (alprazolam; based on logo identification only and due to consistency with Item 1B113-2-12);
- Item 1B137-4 (temazepam; based on consistency with Item 1B113-2-7);
- Item 1B137-5 (clonazepam; based on consistency with Item 1B113-2-11); and,
- Item 1B137-9 (alprazolam; based on consistency with Item 1B113-2-13);

### III.    DNA Examination and Results

The United States supplements the previously provided expert notice concerning Forensic Scientist Ethan Smith of the Washington State Patrol as follows: A final report regarding the DNA testing at issue was provided at 09156-09157 ("Final Report"). Based on the Final Report, the United States anticipates that Forensic Scientist Smith will, in addition to all of the matters previously disclosed in the United States' original expert notice, testify about each conclusion noted in the

UNITED STATES' SECOND SUPPLEMENTAL NOTICE OF EXPERT WITNESSES AND RULE 16 SUMMARIES - 3

Final Report (which the United States fully incorporates herein by reference).  In particular, the United States notes that the Government expects Forensic Scientist Smith to testify that he reviewed the results of the serological testing and made a finding that saliva was detected on the penile swabs obtained from Person D and that the STR DNA typing profile obtained from the penile swabs obtained from Person D established the existence of a mixture consistent with two individuals with the major contributor matching Person D and the minor contributor matching the Defendant. The United States further expects Forensic Scientist Smith to testify that it is 73 billion times more likely that the observed DNA profile from Person D's penile swabs occurred as a result of a mixture of Person D and the Defendant than it having originated from Person D and an unrelated individual selected at random from the U.S. population.

DATED February 18, 2016.

MICHAEL C. ORMSBY
UNITED STATES ATTORNEY

*s/Stephanie J. Lister*
Stephanie J. Lister
Assistant United States Attorney

*s/James A. Goeke*
James A. Goeke
Assistant United States Attorney

1

## **CERTIFICATION**

2

3      I hereby certify that on, I electronically filed the foregoing with the Clerk of the

4  Court and counsel of record using the CM/ECF System.

5

6

7                              *s/James A. Goeke*

8                              James A. Goeke
                               Assistant United States Attorney
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES' SECOND SUPPLEMENTAL NOTICE OF EXPERT
WITNESSES AND RULE 16 SUMMARIES - 5