ORIGINAL

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 01 2016

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

Plaintiff,

-vs-

CRAIG ALLEN MORGENSTERN,

Defendant.

No.  2:14-CR-0161-WFN-1

VERDICT

WE, THE JURY in the above-captioned case, find the Defendant, **CRAIG ALLEN MORGENSTERN**:

**Aggravated Sexual Abuse of a Child (Minor at Least 12 but Under 16)**

| Count | Date | Person | Not Guilty / Guilty |
|---|---|---|---|
| 1 | September 2008 | A | Guilty |
| 4 | October 2008 | A | Guilty |
| 6 | December 2008 | A | Guilty |
| 8 | November 2008 | F | Guilty |
| 10 | January – February 2009 | F | Guilty |
| 12 | May 2009 | A | Guilty |

VERDICT - 1

| Count | Date | Person | Not Guilty / Guilty |
|---|---|---|---|
| 14 | June 2009 | A | Guilty |
| 18 | April – May, 2010 | B | Guilty |

### Aggravated Sexual Abuse of a Child (Minor Under the Age of 12)

| Count | Date | Person | Not Guilty / Guilty |
|---|---|---|---|
| 20 | April – May 2010 | C | Guilty |
| 22 | April – May 2010 | E | Guilty |
| 24 | November 2010 | C | Guilty |
| 30 | October 2011 | D | Guilty |

### Production of Child Pornography

| Count | Date | Person | Not Guilty / Guilty |
|---|---|---|---|
| 2 | September 30, 2008 | A | Guilty |
| 3 | October 7 – 8, 2008 | A | Guilty |
| 5 | October 17 – 20, 2008 | A | Guilty |
| 7 | December 6 – 7, 2008 | A | Guilty |
| 9 | December 6 – 7, 2008 | F | Guilty |

VERDICT - 2

## Production of Child Pornography (cont.)

| Count | Date | Person | Not Guilty / Guilty |
|---|---|---|---|
| 11 | February 1, 2009 | F | Guilty |
| 13 | May 14 – 15, 2009 | A | Guilty |
| 15 | June 21, 2009 | A | Guilty |
| 17 | September 11, 2009 | A | Guilty |
| 19 | April 30 – May 1, 2010 | B | Guilty |
| 21 | April 30 – May 1, 2010 | C | Guilty |
| 23 | April 30 – May 1, 2010 | E | Guilty |
| 25 | November 21, 2010 | C | Guilty |
| 27 | January 7 – 10, 2011 | A | Guilty |
| 29 | July 5, 2011 | A | Guilty |
| 31 | October 1 – 2, 2011 | D | Guilty |
| 32 | October 3 – 4, 2014 | D | Guilty |

## Attempted Production of Child Pornography

| Count | Date | Person | Not Guilty / Guilty |
|---|---|---|---|
| 33 | October 17, 2014 | D | Guilty |

VERDICT - 3

### Transportation With Intent To Engage In Sexual Contact With A Minor

| Count | Date | Person | Not Guilty / Guilty |
|---|---|---|---|
| 26 | January 2011 | A | Guilty |
| 28 | June 2011 | A | Guilty |

### Receipt of Child Pornography

| Count | Date | Person | Not Guilty / Guilty |
|---|---|---|---|
| 34 | October 12, 2004 – October 18, 2014 | N/A | Guilty |

### Possession of Child Pornography

| Count | Date | Person | Not Guilty / Guilty |
|---|---|---|---|
| 35 | October 18, 2014 | N/A | Guilty |

**DATED** this _____ day of ~~February~~, 2016.

*1st March*

VERDICT - 4