AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Craig Allen Morgenstern | ) Case No. 2:14-CR-0161-WFN |
| Defendant | ) |

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Mar 22, 2016**

SEAN F. McAVOY, CLERK

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: Brian H. Kingsbury

█████████

Spokane, WA 99224

█████████

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: United States District Court, EDWA 920 W. Riverside Ave. Spokane, Washington 99201 | Courtroom No.: 903 |
|---|---|
| | Date and Time: 04/14/2016 at 9:00 a.m. |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

Date: 03/17/2016

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____
_____ , who requests this subpoena, are:

n/a. Subpoena issued pursuant to Court Order

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No. **2:14-CR-0161-WFN**

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* Brian H. Kingsbury
was received by me on *(date)* 3/18/16.

☒ I served the subpoena by delivering a copy to the named person as follows:
Spokane WA 99224
on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 3/18/16

*Server's signature*

Carson Taylor Dusm
*Printed name and title*

920 W. Riverside Suite 200
Spokane, WA 99201
*Server's address*

Additional information regarding attempted service, etc: