Bryan P. Whitaker
Attorney at Law
815 W. 7th Ave., Suite 303
Spokane, WA 99204
(509) 315-9947

Attorney for Craig Allen Morgenstern

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 14-CR-00161-WFN |
| Plaintiff, | NOTICE OF APPEAL TO THE NINTH CIRCUIT COURT OF APPEALS |
| vs. | |
| CRAIG ALLEN MORGENSTERN, | |
| Defendant | |

The Defendant, Craig Allen Morgenstern, hereby gives notice of his request to have his matter heard by the United States Court of Appeals for the Ninth Circuit. The Judgment and Sentence on this matter was entered on July 27, 2016 by the Honorable Wm. Fremming Nielson, Senior United States District Court Judge for the Eastern District of Washington.

<u>Attorney for the Appellant</u>:

Bryan P. Whitaker    (Pending CJA appointment)
815 W. 7th Ave., Suite 303
Spokane, WA 99204

<u>Attorney for Respondent</u>:

Stephanie Lister, Assistant United States Attorney
James Goeke, Assistant United States Attorney
PO Box 1494
Spokane, WA 99210

Dated this 1st day of August, 2016

<u>S/ Bryan P. Whitaker</u>
Bryan P. Whitaker
Attorney for Craig Morgenstern

Notice of Appeal - 1

## CERTIFICATE OF SERVICE

I, Bryan P. Whitaker, certify that a true and correct copy of the foregoing –

NOTICE OF APPEAL

- was sent via CM/ECF and/or mailed postage prepaid with the United States Postal Service to the following parties:

Assistant United States Attorney

Stephanie Lister – USAWAE.SListerECF@usdoj.gov

James Goeke – USAWAE.JGoekeECF@usdoj.gov

Dated this 1st day of August, 2016

                                                      S/ Bryan P. Whitaker
Bryan P. Whitaker
815 W. 7th Ave, Suite 303
Spokane, WA 99204
(509) 315-9947

Notice of Appeal - 2