IN THE

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

SPOKANE DIVISION

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 28, 2017

SEAN F. McAVOY, CLERK

CRAIG ALLEN MORGENSTERN,

MOVANT,

VS.

UNITED STATES OF AMERICA,

RESPONDENT.

CRIMINAL ACTION NO:

2:14-CR-00161_____.

LETTER

Dear Clerk of the Court,

Due to ineffective assistance of counsel, i am filing attached motion(s) pro se, pending emergency writ of mandamus in the United States Supreme Court, and the United States Ninth Cicuit Court of Appeals.

Please update me on my status of my criminal case and motion(s) filed in this Court.

Sincerely

CRAIG ALLEN MORGENSTERN

REG#17551-085

X _____[signature]_____

8/21/17

DATE

RECEIVED

AUG 2 8 2017

CLERK, U.S. DISTRICT COURT
SPOKANE, WA