UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>  -vs-<br><br>CRAIG ALLEN MORGENSTERN,<br><br>                    Defendant. | No.   2:14-CR-0161-WFN-1<br><br>ORDER AUTHORIZING PAYMENT FROM INMATE TRUST ACCOUNT |

      Pending before the Court is the Government's Motion to Authorize Payment from Inmate Trust Account. ECF No. 192. Defendant owes over $10,000 in Court ordered restitution as well as over $3,000 for assessments. Defendant's case is currently on appeal. Defendant hopes to stay payment until after the appeal is complete. The Court has reviewed the file and Defendant's Motion and is fully informed. Accordingly,

      **IT IS ORDERED** that:

      1. The Government's Motion to Authorize Payment from Inmate Trust Account, filed August 9, 2017, **ECF No. 192**, is **GRANTED**.

      2. The Bureau of Prisons shall turn over to the Clerk of Court $13,458.55 and the Clerk of Court shall accept funds currently held in the trust account for the following inmate:

            Craig Allen Morgenstern
            Register No: 17551-085
            USP Tucson
            9300 South Wilmot Rd.
            Tucson, AZ  85756

      3. The Clerk shall apply these funds as payment towards the criminal monetary penalties/restitution owed by the Defendant in this case.

      The District Court Executive is directed to file this Order and provide copies to counsel.

ORDER - 1

**DATED** this 12th day of September, 2017.

                                                          s/ Wm. Fremming Nielsen
                                                    WM. FREMMING NIELSEN
09-05-17                         SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 2