5-30-19

Craig Morgenstern #17557-085
USP Tucson
PO Box 24550
Tucson AZ 85734

Dear Clerk,

I am writing to inquire about the status of my 28 USC 2255 motion. Please supply a copy of the docket in this matter.

Sincerely

[signature]

RECEIVED
JUN 11 2019
CLERK, US DISTRICT COURT
SPOKANE, WASHINGTON