FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 23, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　-vs-<br><br>CRAIG ALLEN MORGENSTERN,<br><br>　　　　　　　Defendant. | No.　2:14-CR-0161-WFN<br><br>ORDER RE: MOTION FOR TRANSCRIPTS AT GOVERNMENT EXPENSE |

　　　Pending before the Court is Defendant's Motion for Transcripts at Government Expense. ECF No 226. It appears that Defendant intended this request to be heard by the Ninth Circuit as it pertains to his pending appeal. This Court does not have jurisdiction during an appeal. The Court notes, however, that the bulk of the transcripts have already been created and are available on the docket. Additionally, the Defendant was found to be indigent and has been incarcerated since then. ECF No. 92. The Court has reviewed the file and Defendant's Motion and is fully informed. Accordingly,

　　　**IT IS ORDERED** that Defendant's Motion for Transcripts at Government Expense, filed May 27, 2020, **ECF No. 226**, is **DENIED AS MOOT**.

　　　The District Court Executive is directed to file this Order and provide copies to counsel **AND TO** *pro se* Defendant.

　　　**DATED** this 23rd day of June, 2020.

06-19-20

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　WM. FREMMING NIELSEN
　　　　　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE

ORDER